**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **WILLIAM GUAMAN ACERO** | **CASE NO. 3:25-CV-01975 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BRIAN ACUNA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered, no objections thereto having been filed;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petitioner's Petition [Doc. No. 1] is **DENIED AS MOOT AND DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 23rd day of September, 2026.

Terry A. Doughty
United States District Judge